USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALGORITHMIC CAPITAL MARKETS INC.,

Plaintiff,

-against-

UNIVERSAL CAPITAL HOLDINGS GROUP, INC,

Defendant.

1:19-cv-10505-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

In response to the spread of COVID-19 (coronavirus), the President of the United States has declared a national emergency, the Governor of New York has banned large gatherings, and the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus. *In re Coronavirus/COVID-19 Pandemic* [M10-468, 20MISC00155].

Accordingly, it is hereby ORDERED that the Initial Pretrial Conference scheduled to take place on April 2, 2020 is adjourned *sine die*.

**SO ORDERED.**

Date: March 26, 2020
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**