UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  12/1/2020
```

ALGORITHMIC CAPITAL MARKETS INC,

                            Plaintiff,

-v-

UNIVERSAL CAPITAL HOLDINGS GROUP INC,

                            Defendant.

No. 19-cv-10505 (MKV)

ORDER OF DISMISSAL

<u>MARY KAY VYSKOCIL</u>, District Judge:

        The Court is in receipt of a letter from Defendant informing the Court that the parties have reached a settlement in principle [ECF #34]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by January 4, 2021. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

Date: **December 1, 2020**
       **New York, NY**

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**